# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
SHAWN ALBRIGHT,

                Plaintiff,                      23 **CIVIL** 7152 (JCM)

    -against-                            **<u>JUDGMENT</u>**

THE CITY OF PEEKSKILL, Police Officers
ANTONY1 NAPPI, R. SANTOS, and M. NOLTE, in
their individual and official capacity as a City Of
Peekskill Police Department,
ARACELY MAZZAMURRO and
NOEL DUQUE,

                Defendants.
---------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 14, 2025, Defendants' Motions are granted in their entirety; accordingly, the case is closed.

**Dated:**  New York, New York

       July 15, 2025

                                              **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                  **BY:**        K. Mango

                                                    **Deputy Clerk**